# United States District Court
## EASTERN DISTRICT OF TENNESSEE

PAMELA JEAN SMITH  **JUDGMENT IN A CIVIL CASE**
    Plaintiff,

V.

WAL-MART STORES EAST, LP  CASE NUMBER: 3:14-CV-424
Defendants.

[X]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**; The jury finds that the plaintiff Pamela Smith was injured as a result of the negligence of Wal-Mart and/or its employees. The jury finds that the amount of damages that the plaintiff sustained was $30,000.00. Finally, the jury finds that the total fault chargeable to each party is 75% as to Wal-Mart and 25% as to the plaintiff, Pamela Smith.

October 19, 2016                                  Entered: Debra C. Poplin, Clerk of Court
Date

                                                                 By: s/ A. Archer, Deputy Clerk